| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 | **Order Filed on January 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Leonard Lefkowitz,<br><br>Debtor. | Case No.: 18-31343 MBK<br>Adv. No.:<br>Hearing Date: 1/8/19 @ 10:00 a.m.<br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:       Leonard Lefkowitz
Case No.:     18-31343 MBK
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24, holder of a mortgage on real property located at 34 Reid Way, Freehold, NJ 07728, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtor, Leonard Lefkowtiz, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that Debtor is to sell the subject property within six months of confirmation; and

It is further **ORDERED, ADJUDGED and DECREED** Debtor is to make payments in accordance with the terms of the note and mortgage and applicable notice of payment change while the sale is pending; and

It is further **ORDERED, ADJUDGED and DECREED** that the trustee is not to pay the pre-petition arrearage claim while the sale is pending; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor reserves its rights with regard to the arrears in the event a sale is not successful; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.