UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                               Case No.:         _____18-31343

LEONARD LEFKOWITZ                                    Chapter:          _13__

                                                     Judge:            ____MBK_

---

### NOTICE OF PROPOSED PRIVATE SALE

___James J. Cerbone, Esq, _debtors counsel_, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:**    Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B Kaplan on __02/26/2019at ___9:00a.m. at the United States Bankruptcy Court, courtroom no. _8_, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**    34 Reid Way

Freehold, NJ 07728

**Proposed Purchaser:**    Jamol Elbaev
1015 Ave N Apt D9
Brooklyn, NY 11230

**Sale price:**    $ 395,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| **Name of Professional:** Laurence Sheller, Esq | **Name of Professional**: Jeanie Renner |
| **Amount to be paid:** $650.00 | **Amount to be paid**: $4100.00 |
| **Services rendered:** Attorney | **Services rendered**: Listing Agent |

**Name of Professional:** Ellen Dell'Alba

**Amount to be paid:** 9725.00

**Services rendered:** Realtor

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:            __James J. Cerbone, Esq_____

Address:         2430 Highway 34 Bldg B Ste 22 Wall, NJ 08736___

Telephone No.: _732-681-6800_

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-31343-MBK
Leonard Lefkowitz                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Jan 22, 2019
                            Form ID: pdf905          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
```
db            +Leonard Lefkowitz,    34 Reid Way,    Freehold, NJ 07728-2009
aty           +Laurence R Sheller,    3490 US Rt 1,    Ste. 76,    Princeton, NJ 08540-5920
r             +Ellen C. Dell'Alba,    353 N. County Line Road,    Jackson, NJ 08527-4426
op            +Jeanie Renner,    50 B Route 9 North,    Morganville, NJ 07751-1574
517837966      ADTSecurity Services,    PO Box 650485,    Dallas, TX 75265-0485
517953088      BANK OF NEW YORK AS TRUSTEE FOR CWABS 2006-24,    c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC 29603-0826
517837967      Bank of America,    PO Box 18568,    Austin, TX 78760-8568
517837970     +First Data Global Leasing,    PO Box 173845,    Denver, CO 80217-3845
517837971      Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517837972     +Greg Houk & Victor Squtter,    135 South Street,    Freehold, NJ 07728-2044
517837973     +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517874146     +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517952010     +JCP&L,    101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,    Holmdel, NJ 07733-1976
517837974      JCP&L,    PO Box 3687,    Akron, OH 44309-3687
517837975     +KIA Motors Finance,    PO Box 20815,    Fountain Valley, CA 92728-0815
517837978     +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517837976     +Medical Payment Data,    Attn: Americollect Inc,    PO Box 1566,    Manitowoc, WI 54221-1566
517837980     +NJ E-Zpass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517837979     +New Jersey Natural Gas,    PO Box 1464,    Wall, NJ 07719-1464
517837982     +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
517837983     +Solar City,    PO Box 4387,    Portland, OR 97208-4387
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 01:00:39      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 01:00:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517837968     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 01:05:49      Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
517837969      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 23 2019 01:01:14      Comcast,
                PO Box 840,    Newark, NJ 07101-0840
517837977     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 01:00:37      Midland Funding,
                8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517837981      E-mail/Text: bkrpt@retrievalmasters.com Jan 23 2019 01:00:36      RMCB,    PO Box 1235,
                Elmsford, NY 10523-0935
517837984     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2019 00:59:27
                Verizon,    PO Box 650584,    Dallas, TX 75265-0584
517935542     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2019 01:06:05      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-24 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 22, 2019
                              Form ID: pdf905          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James J. Cerbone    on behalf of Debtor Leonard  Lefkowitz cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com

      Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 5