UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
JAMES J. CERBONE ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

RE: LEONARD LEFKOWITZ

Case No.:    18-31343_____

Chapter:    \_13_____

Judge:    Michael B. Kaplan

# ORDER AUTHORIZING RETENTION OF

\_\_Laurence Sheller, Esquire\_\_

The relief set forth on the following page is **ORDERED**.

**DATED: January 29, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Laurence Sheller, Esquire_ as Attorney__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is:   __3490 US Highway 1_____
__Ste 76  _____
__Princeton, NJ 08540_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*