UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Leonard Lefkowitz

Case No.:   18-31343

Adv. No.:

Hearing Date:  2/26/2019
Judge: Michael B. Kaplan

## ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

........

**DATED: March 1, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

 JAMES J. CERBONE ESQUIRE-4036
2430 HIHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY, 08736
(732) 681-6800
Attorney for debtor

In Re:

 LEONARD LEFKOWITZ

Case No.:        _18-31343_____

Hearing Date:
___2/26/2019_____

Chapter:
___13_____

Judge:   Michael B. Kaplan

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:        ☒   Followed            ☐   Modified

The relief set forth on the following pages numbered two (2) and three (3) is

**ORDERED**.

After review of the Debtor's motion for authorization to sell the real property commonly known as _____34 Reid Way Freehold, NJ 07728_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional:    Laurence Sheller, Esq | Name of professional: Jeanie Renner |
| Amount to be paid:    $650.00 | Amount to be paid: $4100.00 |
| Services rendered:    Attorney for Debtor | Services rendered: Listing Agent |
| Name of Professional: Ellen Dell'Alba | |
| Amount to be paid:    $9725.00 | |
| Services rendered:    Realtor | |

2

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $___23675.00_____ claimed as exempt may be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-31343-MBK
Leonard Lefkowitz                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Mar 01, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db              +Leonard Lefkowitz,   34 Reid Way,   Freehold, NJ 07728-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2006-24 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James J. Cerbone   on behalf of Debtor Leonard  Lefkowitz cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2006-24 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laurence R. Sheller   on behalf of Attorney Laurence R Sheller laurence.sheller@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7