Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−31343−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Leonard Lefkowitz
    aka Lee Leftkowitz
    34 Reid Way
    Freehold, NJ 07728

Social Security No.:
    xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2019.

On July 2, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                August 14, 2019
Time:               10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 9, 2019
JAN: pbf

                                                                            Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Leonard Lefkowitz  
    Debtor

Case No. 18-31343-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 09, 2019  
                Form ID: 185     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.

```
db              #+Leonard Lefkowitz,    34 Reid Way,    Freehold, NJ 07728-2009
aty              +Laurence R Sheller,    3490 US Rt 1,    Ste. 76,    Princeton, NJ 08540-5920
r                +Ellen C. Dell'Alba,    353 N. County Line Road,    Jackson, NJ 08527-4426
op               +Jeanie Renner,    50 B Route 9 North,    Morganville, NJ 07751-1574
517837966         ADTSecurity Services,    PO Box 650485,    Dallas, TX 75265-0485
517953088         BANK OF NEW YORK AS TRUSTEE FOR CWABS 2006-24,    c/o Shellpoint Mortgage Servicing,
                   PO Box 10826,    Greenville, SC 29603-0826
517837967         Bank of America,    PO Box 18568,    Austin, TX 78760-8568
517837970        +First Data Global Leasing,    PO Box 173845,    Denver, CO 80217-3845
517837971         Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517837972        +Greg Houk & Victor Squtter,    135 South Street,    Freehold, NJ 07728-2044
517837973        +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517874146        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517952010        +JCP&L,    101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,    Holmdel, NJ 07733-1976
517837974         JCP&L,    PO Box 3687,    Akron, OH 44309-3687
517837975        +KIA Motors Finance,    PO Box 20815,    Fountain Valley, CA 92728-0815
517837978        +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517837976        +Medical Payment Data,    Attn: Americollect Inc,    PO Box 1566,    Manitowoc, WI 54221-1566
517837980        +NJ E-Zpass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517837979        +New Jersey Natural Gas,    PO Box 1464,    Wall, NJ 07719-1464
517837982        +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
517837983        +Solar City,    PO Box 4387,    Portland, OR 97208-4387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517837968      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:58:03      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517837969       E-mail/Text: documentfiling@lciinc.com Jul 09 2019 23:54:31      Comcast,    PO Box 840,
                 Newark, NJ 07101-0840
517837977      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 23:55:33      Midland Funding,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517837981       E-mail/Text: bkrpt@retrievalmasters.com Jul 09 2019 23:55:33      RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
517837984      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 09 2019 23:53:44
                 Verizon,    PO Box 650584,    Dallas, TX 75265-0584
517935542      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2019 00:08:38      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                  Page 2 of 2                  Date Rcvd: Jul 09, 2019
                              Form ID: 185                 Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2006-24 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Leonard    Lefkowitz cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Kevin Gordon McDonald     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2006-24 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Laurence R. Sheller     on behalf of Attorney Laurence R Sheller laurence.sheller@gmail.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```