UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51029
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Hyundai Lease Titling Trust
JM-5630

**Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
LEONARD LEFKOWITZ

Case No.: 18-31343 (MBK)

Adv. No.:

Hearing Date: 5-5-2020

Judge: Hon. Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Leonard Lefkowitz / 51029

Case No:   18-31343 (MBK)

Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Hyundai Lease Titling Trust** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Ana Lefkowitz** to permit **Hyundai Lease Titling Trust** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2015 Kia Optima
Vehicle Identification Number
KNAGM4A74F5653705