UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51029
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Hyundai Lease Titling Trust
JM-5630

In Re:
LEONARD LEFKOWITZ

Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-31343 (MBK)

Adv. No.:

Hearing Date:   5-5-2020

Judge: Hon. Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Leonard Lefkowitz / 51029

Case No:   18-31343 (MBK)

Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Hyundai Lease Titling Trust** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Ana Lefkowitz** to permit **Hyundai Lease Titling Trust** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2015 Kia Optima
Vehicle Identification Number
KNAGM4A74F5653705

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-31343-MBK
Leonard Lefkowitz                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1            Date Rcvd: May 06, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db             +Leonard Lefkowitz,    895 Elton Adelphia Rd,    Unit 315,    Freehold, NJ 07728-8662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-24 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Leonard  Lefkowitz cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-24 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laurence R. Sheller    on behalf of Attorney Laurence R Sheller laurence.sheller@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8