Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31343−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard Lefkowitz
   aka Lee Leftkowitz
   895 Elton Adelphia Rd
   Unit 315
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 22, 2019.

On October 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              November 17, 2020
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 14, 2020
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 18-31343-MBK
Leonard Lefkowitz                                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 2
Date Rcvd: Oct 14, 2020                Form ID: 185                    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Lefkowitz, 895 Elton Adelphia Rd, Unit 315, Freehold, NJ 07728-8662 |
| aty | + | Laurence R Sheller, 3490 US Rt 1, Ste. 76, Princeton, NJ 08540-5920 |
| r | + | Ellen C. Dell'Alba, 353 N. County Line Road, Jackson, NJ 08527-4426 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| op | + | Jeanie Renner, 50 B Route 9 North, Morganville, NJ 07751-1574 |
| 517837966 | | ADTSecurity Services, PO Box 650485, Dallas, TX 75265-0485 |
| 517953088 | | BANK OF NEW YORK AS TRUSTEE FOR CWABS 2006-24, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517837967 | | Bank of America, PO Box 18568, Austin, TX 78760-8568 |
| 517837970 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 517837971 | | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 517837972 | + | Greg Houk & Victor Squtter, 135 South Street, Freehold, NJ 07728-2044 |
| 517837973 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517874146 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517952010 | + | JCP&L, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 517837974 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 517837975 | + | KIA Motors Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 517837978 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 517837976 | + | Medical Payment Data, Attn: Americollect Inc, PO Box 1566, Manitowoc, WI 54221-1566 |
| 517837980 | + | NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517837979 | + | New Jersey Natural Gas, PO Box 1464, Wall, NJ 07719-1464 |
| 517837982 | + | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517837983 | + | Solar City, PO Box 4387, Portland, OR 97208-4387 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517837968 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 00:09:59 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517837969 | | Email/Text: documentfiling@lciinc.com | Oct 14 2020 21:58:00 | Comcast, PO Box 840, Newark, NJ 07101-0840 |
| 517837977 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 21:59:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517837981 | | Email/Text: bkrpt@retrievalmasters.com | Oct 14 2020 21:59:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517935542 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 15 2020 00:08:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517837984 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 14 2020 21:57:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Leonard Lefkowitz cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Attorney Laurence R Sheller laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8