| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Leonard Lefkowitz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2068<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–31343–MBK | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Leonard Lefkowitz
    aka Lee Leftkowitz

12/29/21                                                                                 **By the court:** <u>Michael B. Kaplan</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Leonard Lefkowitz  
    Debtor

Case No. 18-31343-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 29, 2021      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Lefkowitz, 895 Elton Adelphia Rd, Unit 315, Freehold, NJ 07728-8662 |
| aty | + | Laurence R Sheller, 3490 US Rt 1, Ste. 76, Princeton, NJ 08540-5920 |
| r | + | Ellen C. Dell'Alba, 353 N. County Line Road, Jackson, NJ 08527-4426 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| op | + | Jeanie Renner, 50 B Route 9 North, Morganville, NJ 07751-1574 |
| 517837966 | | ADTSecurity Services, PO Box 650485, Dallas, TX 75265-0485 |
| 517953088 | | BANK OF NEW YORK AS TRUSTEE FOR CWABS 2006-24, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517837970 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 517837971 | | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 517837972 | + | Greg Houk & Victor Squtter, 135 South Street, Freehold, NJ 07728-2044 |
| 517952010 | + | JCP&L, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 517837974 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 517837975 | + | KIA Motors Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 517837978 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 517837976 | + | Medical Payment Data, Attn: Americollect Inc, PO Box 1566, Manitowoc, WI 54221-1566 |
| 517837979 | + | New Jersey Natural Gas, PO Box 1464, Wall, NJ 07719-1464 |
| 517837982 | + | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517837983 | + | Solar City, PO Box 4387, Portland, OR 97208-4387 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517837968 | + | EDI: CAPITALONE.COM | Dec 30 2021 01:23:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517837969 | | EDI: COMCASTCBLCENT | Dec 30 2021 01:23:00 | Comcast, PO Box 840, Newark, NJ 07101-0840 |
| 517837973 | + | EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517874146 | + | EDI: HY11.COM | Dec 30 2021 01:23:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517837977 | + | EDI: MID8.COM | Dec 30 2021 01:23:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517837980 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2021 20:21:00 | NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |

Case 18-31343-MBK  Doc 80  Filed 12/31/21  Entered 01/01/22 00:09:57  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 29 |

| 517837981 | | EDI: RMCB.COM | Dec 30 2021 01:23:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
|---|---|---|---|---|
| 517935542 | + | EDI: AIS.COM | Dec 30 2021 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517837984 | + | EDI: VERIZONCOMB.COM | Dec 30 2021 01:23:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517837967 | ## | Bank of America, PO Box 18568, Austin, TX 78760-8568 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2021     Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Leonard Lefkowitz cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Attorney Laurence R Sheller laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8